Court, Appellate Division, Third Department. November 10, 1909.) Action by Roy W. Gausmann against the New York Central & Hudson River Railroad Company. No opinion. Judgment (63 Misc. Rep. 200, 118 N. Y. Supp. 495) unanimously affirmed, with costs.

GAVIN, Appellant, v. NEW YORK CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Thomas Gavin against the New York Contracting Company. H. Barry, for appellant. J. C. Toole, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 122 App. Div. 643, 107 N. Y. Supp. 272.

In re GEIB. (Supreme Court, Appellate Division, First Department. November 12, 1909.) In the matter of Carl Geib. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GEISER, Appellant, v. BRUST et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Charles J. Geiser against Joseph Brust and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

GENNERT v. BUTTERICK PUB. CO. OTTINGER v. BENNETT. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Actions by William O. Gennert against the Butterick Publishing Company, and by Marx Ottinger against John R. Bennett. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 133 App. Div. 86, 117 N. Y. Supp. 801.

GEORGE DEISS, SON & CO., Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by George Deiss, Son & Co. against Henry Hart. No opinion. Judgment affirmed, with costs.

GIBSON, Respondent, v. BARNUM, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Malcolm Gibson against Lawrence Barnum. No opinion. Order affirmed, with $10 costs and disbursements.

GIEGERICH, Respondent, v. KUHNLA, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Fred W. Giegerich against August Kuhnla. No opinion. Order affirmed on argument, with $10 costs and disbursements.

GODLEY v. CRANDALL & GODLEY CO. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Elizabeth M. Godley against the Crandall & Godley Company. No opinion. Motion grant-

ed, and questions certified. Order filed. See, also, 118 N. Y. Supp. 1109.

GODLEY v. CRANDALL & GODLEY CO. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Elizabeth M. Godley against the Crandall & Godley Company. No opinion. Motion granted. Settle order on notice.

GOFTH, Respondent, v. ADAMS EXPRESS CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Samuel Gofth against the Adams Express Company. No opinion. Judgment and order of the County Court of Orange county affirmed, with costs.

GOLDBERG, Appellant, v. EASTERN BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Jonas Goldberg against the Eastern Brewing Company. No opinion. Motion to dismiss appeal denied, without costs.

GOMBERT, Appellant, v. McKAY, Respondent. (Supreme Court, Appellate Division, First Department. November 19, 1909.) Action by Margaret Gombert, as administratrix, against Pater McKay. C. La Rue, for appellant. F. V. Johnson, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
INGRAHAM and CLARKE, JJ., dissent.

GOODMAN, Respondent, v. CASEY, Appellant. (No. 2.) (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Aaron M. Goodman against Thomas G. Casey. No opinion. Order affirmed, with $10 costs and disbursements.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO et al. O'CONNOR et al. v. GRADE CROSSING COM'RS et al. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo, etc. Proceedings by Michael O'Connor and others against the Grade Crossing Commissioners and another.
PER CURIAM. Order affirmed, with costs. See, also, 119 N. Y. Supp. 84.
WILLIAMS, J., dissents, upon the ground that the damages awarded are excessive.

GRAHAM, Appellant, v. PECKWORTH, Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Francis Graham against Charles H. Peckworth. M. L. Malevinsky, for appellant. J. V. Bouvier, for respondent. No opinion. Judgment affirmed, with costs. Order filed.